# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __L0193931 / CA 26__

U.S.A.
v.

Michael Bustamante

**ORDER TO PAY**

(this area intentionally left blank)

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

( ) **FINE** of $ _____    ( ) Penalty **ASSESSMENT** of $ _____

(✓) **PROCESSING Fee** of $ __25.00__    for a **TOTAL AMOUNT** of $ __25.00__ ,

paid within __30__ days.    OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

(✓) **REVIEW/Post Sentencing HEARING DATE:** __6/3__ at __9:00__ (a.m.) p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____
(x) Complete online marijuana course within 30 days as directed by BLM; defendant responsible to pay fee for course

---

Payments **must** be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

[✓] CENTRAL VIOLATIONS BUREAU
PO Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982

[ ] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721
559-499-5600

[ ] (Traffic School payments / certificates are mailed to)
U.S. Courts - CVB
PO Box 780549
San Antonio, TX 78278-0549
1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __4/1/2014__        /s/ Jennifer L. Thurston
                              U.S. MAGISTRATE JUDGE



EDCA - Rev 4/2007