

FILED

OCT 26 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. 5:14-cr-00009-JLT
　　　　　　　　　　　　　　 )
　　　　Plaintiff,　　　　　 )
　　　　　　　　　　　　　　 ) ORDER OF RELEASE
　　vs.　　　　　　　　　　　)
　　　　　　　　　　　　　　 )
MICHAEL BUSTAMANTE,　　　　 )
　　　　　　　　　　　　　　 )
　　　　Defendant.　　　　　 )

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.

IT IS SO ORDERED.

Dated: 10/26/18

UNITED STATES MAGISTRATE JUDGE

1